Case Name: Hasken, Norma Jean
Case No:    08-70281

## **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 25, 2008　　　　　　　WILLIAM T. NEARY
　　　　　　　　　　　　　　　　　United States Trustee, Region 11


　　　　　　　　　　　　　　BY:   */s/ Carole J. Ryczek*
　　　　　　　　　　　　　　　　　CAROLE J. RYCZEK
　　　　　　　　　　　　　　　　　Attorney for the U.S. Trustee