IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HASKEN, NORMA JEAN

CASE NO. 08-70281 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-7724

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:     U.S. BANKRUPTCY COURT
            211 South Court Street, Room 115
            Rockford, IL 61101

    on:     July 28, 2008
    at:     9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 1,250.11 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 940.00 | |

4. The Trustee's Final Report shows total:

    a. Receipts                              $       5,001.06

    b. Disbursements                         $           4.95

    c. Net Cash Available for Distribution   $       4,996.11

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,806.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $47,661.70, resulting in an approximate distribution of 5.89% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE: June 17, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUN 2 7 2008

KENNETH S. GARDNER, CLERK
BY_____
        DEPUTY CLERK

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0281  Doc 31  Filed 06/27/08  Entered 06/29/08 23:48:30  Desc Imaged
Certificate of Service  Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-3              User: jshores                Page 1 of 1                 Date Rcvd: Jun 27, 2008
Case: 08-70281                    Form ID: pdf002              Total Served: 22

The following entities were served by first class mail on Jun 29, 2008.
 db          +Norma Jean Hasken,   233 N Main Street,   Stockton, IL 61085-1301
 aty         +Jason K Nielson,   The Law Offices of Peter Francis Geraci,   55 East Monroe St. Suite #3400,
               Chicago, IL 60603-5920
 tr          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
11918627     +AT&T Univerisal Card,   Bankruptcy Department,   PO Box 8120,   South Hackensack, NJ 07606-8120
11918628     +Bank of America,   Bankruptcy Department,   4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
11918641     +Black Hawk Credit,   Attn: Bankruptcy Dept.,   1555 S. Float St.,   Freeport, IL 61032-6501
12113458     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11918635     +Capital One,   Bankruptcy Dept.,   1957 Westmoreland Road,   Richmond, VA 23276-0001
11918633     +Carolyn Roberts,   233 N Main St.,   Stockton IL 61085-1301
11918629     +Chase,   Bankruptcy Department,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11918630     +Citi Cards,   Bankruptcy Department,   8725 W. Sahara Ave.,   The Lakes, NV 89163-0001
11918645     +Citizens Bank Illinois,   Attn: Bankruptcy Department,   PO BOX 126,   Stockton, IL 61085-0126
11918639     +Citizens State Bank,   Bankruptcy Department,   PO BOX 126,   Stockton, IL 61085-0126
11918637     +HSBC NV,   Bankruptcy Department,   12447 SW 69th Ave.,   Tigard, OR 97223-8517
11918634     +Menards,   Retail Services Department,   Dept. 7680,   Carol Stream, IL 60116-0001
11918631    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank,   Attn: Bankruptcy Dept.,   950 17th St., Ste. 810,
               Denver, CO 80202)
12106609     +US BANK NA/ RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229
11983290     +eCAST Settlement Corporation,   P O Box 35480,   Newark,k NJ 07193-5480
12254600      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480
The following entities were served by electronic transmission on Jun 28, 2008.
11918632      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2008 04:16:39     Discover Bank,
               Bankruptcy Dept.,   PO Box 8003,   Hilliard, OH 43026
12057326      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 28 2008 04:16:39
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
12216849      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11918642      Carolyn Roberts,   Same as Debtor
11918646      Carolyn Roberts,   Same as Debtor
 aty*        +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
11918643*    +Black Hawk Credit,   Attn: Bankruptcy Dept.,   1555 S. Float St.,   Freeport, IL 61032-6501
11918636*    +Carolyn Roberts,   233 N Main St,   Stockton IL 61085-1301
11918638*    +Carolyn Roberts,   233 N Main St,   Stockton IL 61085-1301
11918640*    +Carolyn Roberts,   233 N Main St.,   Stockton IL 61085-1301
11918644*    +Carolyn Roberts,   233 N Main St.,   Stockton IL 61085-1301
                                                                                              TOTALS: 2, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2008**               **Signature:** _Joseph Speetjens_